# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 8:16CR193 |
| Plaintiff, | |
| vs. | ORDER |
| **NESTOR ALVAREZ,** | |
| Defendant. | |

Before the Court are the Findings and Recommendation ("Report") of Magistrate Judge Thomas D. Thalken (ECF No. 40). The Report recommends that the Defendant's Motion to Suppress (ECF No. 30) be denied. No objections to the Report have been filed. After a review of the Court record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 40) are adopted; and

2. The Defendant's Motion to Suppress (Filing No. 30) is denied.

Dated this 3rd day of November, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge